**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**GREGOIRE MARIO THOMAS**,<br><br>Defendant | NO. 5: 10-CR-19 (HL)<br><br>Violation: 18 U.S.C. §922(g)(1)<br>18 U.S.C. §924((a)(2) |

## **O R D E R**

Before the court is a motion seeking the pretrial detention of defendant GREGOIRE MARIO THOMAS. Tab #9. The court has this day considered the request of the government to detain Mr. Thomas in Case No. 5:05-CR-76 (CAR) wherein it is alleged that he violated conditions of supervised release imposed upon him by the Honorable C. Ashley Royal, district judge, on February 5, 2007. The undersigned ordered his detention pending completion of a Final Revocation Hearing before Judge Royal.

Accordingly, IT IS ORDERED AND DIRECTED that consideration of pretrial release in the above-styled criminal action be, and it is, held in abeyance pending disposition of the petition seeking revocation in Case No. 5:05-CR-76 (CAR).

SO ORDERED AND DIRECTED, this 24th day of MARCH, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE